HENRY G. BYSTRA AND J. A. LANDRUM, *Appellants*, v. THE
FIRST NATIONAL BANK OF BROOKSVILLE, AND W. D. COBB,
AS SHERIFF OF HERNANDO COUNTY, FLORIDA, *Appellees*.

En Banc.

Opinion Filed October 8, 1925.

An Appeal from the Circuit Court for Hernando
County; W. S. Bullock, Judge.

*J. C. Davant*, for Appellants;

*F. B. Coogler*, for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the court upon the transcript of the record of the
order herein, and briefs and argument of counsel for the
respective parties, and the record having been seen and
inspected, and the court being now advised of its judgment
to be given in the premises, it seems to the court that there
is no error in the said order; it is, therefore, considered,
ordered and adjudged by the court that the said order of
the Circuit Court be, and the same is hereby, affirmed.

All concur.